No. 12,024.

United States National Bank v. Stuart.

Decided April 16, 1928. Rehearing denied May 7, 1928.

1.    Appeal and Error—*Divided Court—Judgment Affirmed.* Where members of the Supreme Court are equally divided as to the disposition of a case on review, the judgment is affirmed by operation of law.

*Error to the County Court of the City and County of Denver, Hon. George A. Luxford, Judge.*

Messrs. Crump & Riley, Mr. W. B. King, Mr. Edward L. Oakes, for plaintiff in error.

Mr. B. C. Hilliard, Mr. B. C. Hilliard, Jr., for defendant in error.

*En Banc.*

Per Curiam.

Mr. Justice Campbell does not participate in the consideration of this cause. Justices Whitford, Adams and Walker are of the opinion that the judgment should be affirmed, whereas Chief Justice Denison and Justices Burke and Butler are of the opinion that it should be reversed. As it must therefore be affirmed by operation of law because of an equally divided court, no good purpose can be served by a statement of the issues or the reasons for the conclusions of the several members of the court.

Judgment affirmed.